# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

FRAN M. JACOBS
DIRECT DIAL: +1 212 692 1060
PERSONAL FAX: +1 212 202 6413
E-MAIL: FMJacobs@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

December 8, 2017

VIA ECF and BY HAND

Honorable Edgardo Ramos
United States District Judge for the Southern District of New York
c/o Court Security Officers
500 Pearl Street – Worth Street Entrance
New York, NY 10007

   Re:  Kraft Food Group Brands LLC v. Bega Cheese Limited (1:17-cv-8104)(ER)

Dear Judge Ramos:

  In accordance with Rule 1(G) of Your Honor's Individual Rules, we are submitting a courtesy copy of the respondent Bega Cheese Limited's opposition to the petition of Kraft Food Group Brands LLC to compel mediation and arbitration (the "Petition").

          Respectfully,

          *Fran M. Jacobs*

          Fran M. Jacobs

Encl.
cc:  Paul Weiss Rifkind Wharton & Garrison LLP (via e-mail)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086
DM1\8299381.1
             PHONE: +1 212 692 1000   FAX: +1 212 692 1020