I1QAKRACps

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

KRAFT FOODS GROUP BRANDS LLC,

              Petitioner,

         v.                            17-cv-8104 (ER)

BEGA CHEESE LIMITED,

              Respondent.
------------------------------x
                                       New York, N.Y.
                                       January 26, 2018
                                       11:30 a.m.

Before:

                  HON. EDGARDO RAMOS

                                       District Judge

                       APPEARANCES

PAUL WEISS
     Attorneys for Petitioner
BY:  DARREN W. JOHNSON, ESQ.

DUANE MORRIS, LLP
     Attorneys for Respondent
BY:  FRAN M. JACOBS, ESQ.
```

1           THE COURT:  In the matter of Kraft Foods Group Brands
2   v. Bega Cheese Limited, counsel, please state your name for the
3   record.
4           MR. CLAYTON:  Darren Johnson of Paul, Weiss, Rifkind,
5   Wharton & Garrison, on behalf of Kraft Foods Group Brands LLC.
6           THE COURT:  Good morning.
7           MS. JACOBS:  Good morning, Judge.  Fran Jacobs from
8   Duane Morris LLP for Bega Cheese Limited.
9           THE COURT:  And good morning to you.
10          This matter is on for a status conference.  Last time
11  some things were supposed to happen that were supposed to
12  trigger the dispute resolution process in the arbitration
13  agreement, or in your agreement, and then I understand there
14  was a mediation.  Mr. Johnson, why don't you bring me up to
15  date.
16          MR. CLAYTON:  Sure.  The parties had a mediation
17  earlier this month.  The mediation unfortunately was
18  unsuccessful.  We are in the process of finalizing arbitration
19  papers and preparing to commence arbitration hopefully as early
20  as next week.  And I've traded e-mails with Ms. Jacobs in
21  advance of this conference and suggested that perhaps it made
22  sense to further adjourn this matter until after they have had
23  a chance to receive and review those papers and figure out
24  whether they're raising any objection to proceeding with the
25  arbitration or not.  And Ms. Jacobs has told me that she has no

I1QAKRACps

1    objection to further adjourning this matter until that time.
2             THE COURT:  Ms. Jacobs?
3             MS. JACOBS:  I think the upshot of what Mr. Johnson
4    said is correct.  In actuality, we suggested that this
5    conference be adjourned because there was really nothing to
6    discuss today, since we haven't seen an arbitration demand.
7    But we don't have a problem with adjourning this until after
8    we've had a chance to review the arbitration demand.
9             THE COURT:  Assuming that there's no objection to the
10   arbitration demand and the matter goes to arbitration, how long
11   will that process take, for it to resolve, one way or the
12   other?
13            MR. CLAYTON:  I think, if I understand your question,
14   your Honor, I think that the ICDR rules that we're operating
15   under, once we file the demand for arbitration and it's served
16   on Bega, they have 30 days to respond.  And so I think within
17   30 days of that date we will know whether they're moving
18   forward or whether they're not moving forward.  And so if we
19   count that from the end of next week, I think that brings us to
20   late February or early March.
21            THE COURT:  I ask because I'm trying to figure out
22   what date makes sense for us to come back if we need to come
23   back.
24            MR. CLAYTON:  My suggestion would be early to mid
25   March just to be safe, if that works with your Honor's

I1QAKRACps

1     schedule.
2             THE COURT:  Ms. Jacobs?
3             MS. JACOBS:  Your Honor, it's hard for me to say
4     because I don't know when we'll actually receive the
5     arbitration demand, but if it is going to be next week, then 30
6     days beyond that could be our time to respond.
7             THE COURT:  OK.
8             MS. JACOBS:  They have 45 days from the date of
9     remediation, which was January 12, to serve the arbitration
10    demand.
11            THE COURT:  What's the deadline, Mr. Johnson, if you
12    know?
13            MR. CLAYTON:  It's still several weeks away at this
14    point.
15            THE COURT:  But you're going to get it to her earlier?
16            MR. CLAYTON:  Yes, absolutely.
17            (Pause)
18            THE CLERK:  March 9 at 11:30 a.m.
19            MR. CLAYTON:  That's fine with me, your Honor.
20            THE COURT:  Ms. Jacobs?
21            MS. JACOBS:  I have nothing, no other commitments on
22    that day.  That's fine.
23            THE COURT:  Very well.
24            OK.  Is there anything else that we need to do today,
25    Mr. Johnson?

I1QAKRACps

1            MR. CLAYTON:  Not today, your Honor.

2            THE COURT:  Ms. Jacobs?

3            MS. JACOBS:  No, your Honor.  Thank you.

4            THE COURT:  Good luck to you, folks.

5                              o0o