PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019 6064
TELEPHONE (212) 373 3000

LLOYD K GARRISON    (1946 1991)
RANDOLPH E PAUL     (1946 1956)
SIMON H RIFKIND     (1950 1995)
LOUIS S WEISS       (1927 1950)
JOHN F WHARTON      (1927 1977)

WRITER'S DIRECT DIAL NUMBER
212 373 3710

WRITER'S DIRECT FACSIMILE
212 492 0710

WRITER'S DIRECT E MAIL ADDRESS
djohnson@paulweiss.com

UNIT 3601 OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86 10) 5828 6300

12TH FLOOR  HONG KONG CLUB BUILDING
3A CHATER ROAD  CENTRAL
HONG KONG
TELEPHONE (852) 2846 0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO  ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON  DC 20006-1047
TELEPHONE (202) 223 7300

500 DELAWARE AVENUE  SUITE 200
POST OFFICE BOX 32
WILMINGTON  DE 19899 0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
ROSS A FIELDSTON
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE

JONATHAN S KANTER
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
DAVID M KLEIN
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O'BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
CHARLES F 'RICK' RULE*
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
ROBERT C SCHWENKEL
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS JR
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

October 25, 2019

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Kraft Foods Group Brands LLC v. Bega Cheese Ltd., No. 1:17-cv-08104 (S.D.N.Y.)*

Dear Judge Ramos:

We are writing on behalf of Petitioner Kraft Foods Group Brands LLC ("Kraft") in response to this Court's order dated October 10, 2019 (the "Order"), and in response to the October 24, 2019 letter to this Court from counsel for Respondent Bega Cheese Limited ("Bega").[1]

As the Court notes in the Order, Kraft commenced an arbitration in the International Centre for Dispute Resolution (the "ICDR"), which was enjoined pending a determination in the litigation between the parties in the Federal Court of Australia.  On May 1, 2019, the Federal Court of Australia issued a decision in that proceeding.  While we disagree with Bega's description of that decision, there is no dispute that the decision is currently on appeal.

---

[1]   For the Court's convenience, we suggested submitting a joint status update on behalf of both parties, but Bega's counsel refused to do so.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Hon. Edgardo Ramos

     The letter submitted by Bega's counsel fails to apprise the Court of the current status of the arbitration while the appeal is pending.  Although Bega's counsel attaches a March 26, 2019 letter to the ICDR setting forth Bega's position as to why the arbitration should not be held in abeyance, Bega's counsel fails to note that Kraft responded to that letter by email to the ICDR dated April 1, 2019, a copy of which is attached hereto.  That email—to which Bega's counsel never responded—sets forth the basis for holding the arbitration in abeyance.  Following the receipt of Kraft's April 1 email, the ICDR has continued to hold the arbitration in abeyance pending resolution of the proceedings in Australia.

     The fact that the ICDR continues to hold the arbitration in abeyance directly undermines Bega's position that the petition in this Court should be dismissed with prejudice.  Once the appellate court in Australia decides the pending appeal, the parties will be in a position to review the appellate court's decision and determine what (if any) issues remain to be arbitrated.  Contrary to Bega's assertions, there may be contractual matters requiring arbitration following resolution of the litigation proceedings in Australia.  And Bega's continued resistance to such arbitration, notwithstanding the clear and unambiguous arbitration clause in the relevant contract, demonstrates the need to hold Kraft's Petition to Compel Arbitration in abeyance until after the appeal in Australia is resolved.

     Respectfully submitted,

Darren W. Johnson

cc:    Fran M. Jacobs, Esq. (via ECF)
       Lewis R. Clayton, Esq. (via ECF)

**Johnson, Darren W**

| | |
|---|---|
| **From:** | Johnson, Darren W |
| **Sent:** | Monday, April 1, 2019 12:54 PM |
| **To:** | Jacobs, Fran M.; JohnsJ@adr.org |
| **Cc:** | Clayton, Lewis R; Yang, Cindy; Gross, Amy C. |
| **Subject:** | RE: Kraft Foods Group Brands, LLC v. Bega Cheese Limited - Case 01-18-0000-7749 |

Dear Mr. Johns,

I am writing on behalf of Claimant Kraft Foods Group Brands LLC ("Kraft") in response to Ms. Jacobs' March 26 letter, which purports "to bring to your attention some additional facts that [Kraft] failed to mention," and suggests that "[b]ased on these additional facts," you should "treat [this] arbitration as closed." We respectfully disagree.

As an initial matter, none of the purported "additional facts" set out in Ms. Jacobs' letter is new. The parties previously disclosed that Kraft is restrained from taking any step in this matter pending the determination of the proceeding currently pending in the Federal Court of Australia. Ms. Jacobs' July 2, 2018 letter previously stated her client's position that Kraft had amended its pleadings in the Federal Court of Australia to include claims similar to those filed with the ICDR. And the parties previously noted that trial in the Federal Court of Australia was scheduled to commence in August 2018, and that the parties are still awaiting a decision from the Federal Court of Australia.

More importantly, none of these previously disclosed facts provides any basis for the ICDR to treat this matter as closed, especially considering that Kraft, the Claimant that filed the proceeding, has specifically requested that it be held in abeyance pending a decision from the Federal Court of Australia. Once that decision has been issued, the parties will be in a position to review it and determine what (if any) issues remain to be resolved in this proceeding.

Respectfully submitted,

Darren Johnson


**Darren W. Johnson** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3710 (Direct Phone) | +1 212 492 0710 (Direct Fax)
djohnson@paulweiss.com | www.paulweiss.com