# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

FRAN M. JACOBS
DIRECT DIAL: +1 212 692 1060
PERSONAL FAX: +1 212 202 6413
*E-MAIL:* FMJacobs@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

April 15, 2020

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge for the Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    <u>Kraft Foods Group Brands LLC v. Bega Cheese Limited (1:17-cv-8104)(ER)</u>

Dear Judge Ramos:

    This letter is submitted on behalf of respondent Bega Cheese LLC ("Bega") pursuant to the Court's October 29, 2019 memorandum endorsed directing the parties to provide an update as to the status of the above-entitled proceeding within a week after the appellate court in Australia issues its ruling on Kraft's appeal.

    On April 14, 2020, a three-judge appellate panel of the Federal Court of Australia issued the attached decision ruling against Kraft Foods Group Brands LLC ("KFGB") on its appeal from the determination that Bega was the owner of the rights in what was defined in the decision as the Peanut Butter Trade Dress.

    Respectfully,

*Fran M. Jacobs*

Fran M. Jacobs

Attachment
cc:   Paul Weiss Rifkind Wharton & Garrison LLP (via ECF)