| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | FRAN M. JACOBS | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1060 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 6413 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* FMJacobs@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 16, 2020

April 15, 2020

VIA ECF

Honorable Edgardo Ramos
United States District Judge for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Kraft Foods Group Brands LLC v. Bega Cheese Limited (1:17-cv-8104)(ER)

Dear Judge Ramos:

    This letter is submitted on behalf of respondent Bega Cheese LLC ("Bega") pursuant to the Court's October 29, 2019 memorandum endorsed directing the parties to provide an update as to the status of the above-entitled proceeding within a week after the appellate court in Australia issues its ruling on Kraft's appeal.

    On April 14, 2020, a three-judge appellate panel of the Federal Court of Australia issued the attached decision ruling against Kraft Foods Group Brands LLC ("KFGB") on its appeal from the determination that Bega was the owner of the rights in what was defined in the decision as the Peanut Butter Trade Dress.

                                                           Respectfully,

                                                           *Fran M. Jacobs*
                                                           Fran M. Jacobs

Attachment
cc:    Paul Weiss Rifkind Wharton & Garrison LLP (via ECF)

> Petitioner is directed to respond by April 24, 2020.
> SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J*
> Dated: April 16, 2020
> New York, New York

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086        PHONE: +1 212 692 1000    FAX: +1 212 692 1020
DM1\11046855.1