UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRAFT FOOD GROUP BRANDS LLC,

                      Petitioner,

      v.                                          **ORDER**

BEGA CHEESE LIMITED,                    17 Civ. 08104 (ER)

                      Respondent.

RAMOS, D.J.

       The Court is in receipt of the parties' joint status update dated November 17, 2020. Doc. 39. In light of the parties' ongoing litigation in Australia, this case is hereby stayed until proceedings in Australia are completed. The parties are instructed to submit to the Court a joint status update within one week of the conclusion of such proceedings.

       The Clerk of the Court is respectfully instructed to stay this case.

It is SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                                                  _____
                                                                   Edgardo Ramos, U.S.D.J.