"Annexure A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
KRAFT FOODS GROUP BRANDS LLC,    :

               Petitioner,    :    1:17-cv-8104 (ER)

  -against-    :

                                             STIPULATION AND ORDER OF
BEGA CHEESE LIMITED,    :    DISMISSAL WITH PREJUDICE

               Respondent.    :
---------------------------------------------------------x

      IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties in the above-entitled proceeding that the proceeding, including all claims, counterclaims, and defenses, is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: New York, NY
      ~~May~~ , 2021
      July 1,

                         PAUL, WEISS, RIFKIND, GARRISON & WHARTON LLP

                         By: _____
                              Lewis R. Clayton
                        1285 Avenue of the Americas
                        New York, NY 10019
                        (212) 373-3000
                        Attorneys for Petitioner

                        DUANE MORRIS LLP

                        By: _____
                              Fran M. Jacobs
                        1540 Broadway
                        New York, NY 10036-4086
                        (212) 692-1000
                        Attorneys for Respondent

SO ORDERED:

_____
  U.S.D.J.