"Annexure A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KRAFT FOODS GROUP BRANDS LLC,   :

        Petitioner,   :   1:17-cv-8104 (ER)

  -against-   :

BEGA CHEESE LIMITED,   :   STIPULATION AND ORDER OF
                                                       DISMISSAL WITH PREJUDICE

        Respondent.   :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties in the above-entitled proceeding that the proceeding, including all claims, counterclaims, and defenses, is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: New York, NY
~~May __, 2021~~
July 1,

PAUL, WEISS, RIFKIND, GARRISON & WHARTON LLP

By: _____
    Lewis R. Clayton
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Attorneys for Petitioner

DUANE MORRIS LLP

By: _____
    Fran M. Jacobs
1540 Broadway
New York, NY 10036-4086
(212) 692-1000
Attorneys for Respondent

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J.
July 6, 2021